UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARGARET SHAFFER, INDIVIDUALLY and
as PARENT AND GUARDIAN OF T.S.
Minor,

        Plaintiffs,

        v.                       CAUSE NO.  2:16-cv-0087-WTL-MJD

UNITED STATES GOVERNMENT,

        Defendants.

**MOTION  TO COMPROMISE AND SETTLE
MINOR'S CLAIMS FOR PERSONAL INJURIES**

Comes now the Plaintiff, Margaret Shaffer, parent and natural guardian of T.S, by counsel, John P. Nichols, and files her Motion to Compromise and Settle Minor's Claim for Personal Injuries, in support of said Motion, respectfully shows the Court the following:

l.      Petitioner is the parent and natural guardian of T.S., a minor, now 11 years of age, and the petitioner and said minor reside together at the family residence at 8725 Wabash Avenue, Lot 122, Terre Haute, IN 47803.

2.      That petitioner is also a parent with legal custody of minor T.S.

3.      On or about February 28, 2014, said minor was injured while a passenger in a motor vehicle operated by Margaret Shaffer, when said vehicle was involved in a motor vehicle collision with one of Defendant's vehicles.

4.      As a result of the accident, said minor received medical treatment and said minor has made a satisfactory recovery from her injuries suffered in such accident.

5.      Petitioner, on behalf of said minor, has made a claim for insured motorist proceeds against the United States Government for the aforementioned injuries.

6.     The petitioner is fully aware that this matter can be tried by jury, but now advises the Court that petitioner desires to waive such trial for T.S. and requests that the matter be compromised and that such compromise be heard and approved by this Court without intervention of a jury.  The petitioner is fully aware that if the cause were eventually tried by jury, she might receive more than the amount of the proposed compromise and settlement or she might receive less for T.S.

7.     Inasmuch as there is now a dispute concerning liability and inasmuch as the minor has made a satisfactory recovery from her injuries, and because litigation would involve additional expense and uncertainty and might result in a recovery less than the amount of the proposed compromise and settlement, Petitioner Margaret Shaffer has concluded and believes that the claim of said minor should be compromised and settled in the best interest of the minor.

8.  The petitioner has received an offer from the United States Government pursuant to its policy  set out herein to settle the minor's claim as follows:

(a)  Payment to Anderson & Nichols for attorney fees and expenses the sum of $2,074.24.
(b)  Payment to Pekin Insurance for reimbursement of their MedPay lien the sum of $ 938.33.
c)  Payment to petitioner for the exclusive use and benefit of said minor the sum of $4,487.43.

9.     Petitioner understands that the full payment of Seven Thousand Five Hundred ($7,500.00) is in full and complete compromise and settlement of any and all claims of whatsoever kind and character, known or unknown, anticipated or unanticipated, of said petitioner and said minor, arising out of the aforesaid accident, for T.S.

10.    Your petitioner believes and represents to the Court that said offer of settlement is the best offer that can be obtained and it is in the best interest and to the best advantage of the minor and the minor's estate that said settlement be accepted and approved by this Court.   As a result of this settlement, the value of the minor's estate will be Seven Thousand Five Hundred ($7,500.00) prior to the minor's eighteenth birthday, which is on September 5, 2023.

11.     That attached to this Motion is a signed Declaration of Plaintiff, Margaret Shaffer, identified as Exhibit A.

WHEREFORE, petitioner respectfully prays the Court for an order:

l.     Approving in all respects the agreement to compromise and settle the minor's claim on the basis recited hereinabove.

2.     Authorizing and directing the petitioner to execute the necessary Release on behalf of said minor, releasing the United States Government from any liability, present or future, with regard to the accident of February 28, 2014, as to minor, T.S.

3.  Directing the petitioner to receive the following sums to be distributed as follows:

> (a)  Payment to Anderson & Nichols for attorney fees and expenses the sum of $2,074.24.
> (b)  Payment to Pekin Insurance for reimbursement of their MedPay lien the sum of $ 938.33.
> c)  Payment to petitioner for the exclusive use and benefit of said minor the sum of $4,487.43.

4.  Authorizing and directing the petitioner to hold the funds to be paid on behalf of T.S., minor, until her eighteenth (18th) birthday, for the exclusive use and benefit of said minor.

Respectfully Submitted:

ANDERSON & NICHOLS
300 Ohio Street
Terre Haute, IN 47807
812-234-7777


/s/John P. Nichols
John P. Nichols, #10357-84
Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on the 22nd day of August, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following person by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Ms. Kathryn E. Olivier
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
317-226-6333
317-226-5027 (fax)
Kathryn.Olivier@usdoj.gov


<u>s/John P. Nichols, #10357-87</u><br>
John P. Nichols<br>
Attorney for Plaintiffs